UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD EARL JAMES,

    Petitioner

v.                                                           Case No.: 8:10-cv-1683-T-24TBM
                                                                                         8:03-cr-360-T-24TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

This cause is before the Court upon Petitioner Edward Earl James' Motion for Reconsideration of this Court's December 10, 2010 Order denying his § 2255 motion. (CV Doc. No. 10). There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. See id. (citations omitted). Upon review, the Court finds that Petitioner has not shown that reconsideration is warranted. Accordingly, Petitioner's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of January, 2011.

Copies to:
Counsel of Record
Pro Se Petitioner

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge